

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2017

No. 04-17-00154-CR

Andrew Rene **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0452
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's brief was originally due on June 7, 2017. On June 16, 2017, the Clerk of this Court informed appellant that his brief was late. On June 26, 2017, appellant filed a motion for extension of time to file his brief. On June 30, 2017, we granted appellant's motion and ordered him to file his brief by July 26, 2017. However, appellant has not filed his brief.

We ORDER appellant's attorney, James Reeves, to file appellant's brief on or before **August 17, 2017**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.



Luz Estrada
Chief Deputy Clerk